Date: 10/11/10

DIVIDENDS REMITTED TO THE COURT

Case Number 09-35389 - NELSON, WILLIAM GEORGE

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| St. Paul Radiology | 000008 | 235.90 | 4.21 |
| 166 4th St. E | | | |
| Saint Paul MN 55101-0000 | | | |
| S96628 | | | |
| Remittance Total | | 235.90 | 4.21 |

MICHAEL J. IANNACONE, Trustee

COURT1

Printed: 10/11/10 03:31 PM    Ver: 16.00