Date: 10/11/10

# DIVIDENDS REMITTED TO THE COURT

# 2848

Check Number 2014 Dated 10/11/10
Case Number 09-39056 - UPP, JERRY R

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| ST PAUL HEART CLINIC<br>225 SMITH AVE N<br>ST PAUL MN 55102 | 000005 | 81.15 | 4.62 |
| ---------- Remittance Total ---------- | | 81.15 | 4.62 |

MICHAEL J. IANNACONE, Trustee

COURT1

Printed: 10/11/10 03:00 PM    Ver: 16.00